UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CRISANTO PALOMO,

        Plaintiff,

v.

FLOYD MITCHELL, *et al.*,

        Defendants.

No. 5:24-CV-00234-H

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed without prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b).[1] All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated July 16, 2025.

                                                      JAMES WESLEY HENDRIX
                                                      United States District Judge

---

[1] The Court notes that the dismissal may operate with prejudice by operation of the applicable statute of limitations. *See Piotrowski v. City of Houston*, 237 F.3d 567, 576 (5th Cir. 2001).